No. _____ **CR-08 00486 RMW** HRL

# UNITED STATES DISTRICT COURT

*FILED*

*E-FILING* ## NORTHERN DISTRICT OF CALIFORNIA

2008 JUL 24 ᴀ ᵍ 14

### *SAN JOSE DIVISION*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

## THE UNITED STATES OF AMERICA
### *vs.*

### ISIDRO FRANCISCO MORA-AYALA

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

*Ramona Wills*
_____
*Foreperson*

*Filed in open court this* 23 *day of* July

*A.D. 2008*

_____
*UNITED STATES MAGISTRATE JUDGE*

*Bail. $* No process needed



1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

E-FILING

FILED

2008 JUL 24  A 8: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RMW

UNITED STATES OF AMERICA,       )   CR - 08  00486
                                )   No.
        Plaintiff,              )
                                )   VIOLATION: 8 U.S.C. § 1326 –
    v.                          )   Illegal Re-Entry Following Deportation
                                )
ISIDRO FRANCISCO MORA-AYALA,    )
                                )
        Defendant.              )   SAN JOSE VENUE
_____)

HRL

INDICTMENT

The Grand Jury charges:

    On or about June 19, 2008, the defendant

                    ISIDRO FRANCISCO MORA-AYALA,

an alien, previously having been arrested and deported from the United States on or about

September 20, 1994 and June 5, 1998, was found in the Northern District of California, the

Attorney General of the United States and the Secretary for Homeland Security not having a

//

//

//

INDICTMENT

1  expressly consented to re-application by the defendant for admission into the United States, in

2  violation of Title 8, United States Code, Section 1326.

3

4  DATED: 7/23/08                                    A TRUE BILL.

5

6                                                    _Ramona Wills_
                                                     FOREPERSON

7

8

9  JOSEPH P. RUSSONIELLO
   United States Attorney

10

11

12  _David R. Calley_
    DAVID R. CALLAWAY

13  Deputy Chief, San Jose Branch Office

14

15

16  (Approved as to form: _M Mandell_ )
                          SAUSA CHAD MANDELL

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
FILED

---

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal
Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-FILING*

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.** 08 JUL 24   8:14

RICHARD W. WIEKING
ISIDRO FRANCISCO MORA-AYALA
U.S. DISTRICT COURT
DISTRICT COURT NUMBER OF CA S.J.      RMW

CR-08 00486 HRL

---

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70389 PVT

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
SAUSA CHAD MANDELL

---

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: