DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 4 min.

| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Corinne Lew | **REPORTER/FTR** FTR | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE** Patricia V. Trumbull | **DATE** 7/31/08 | **NEW CASE** ☐ | **CASE NUMBER** CR 08-00486 RMW | |

### APPEARANCES

| DEFENDANT: Isidro Francisco Mora-Ayala | AGE | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT: Nick Humy | PD. ☒  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Chad Mandell | INTERPRETER: Spanish - A. Negro | | FIN. AFFT SUBMITTED ☐ | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: L. Weigel | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☒ ARRAIGNED ON INDICTMENT  ☒ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐

☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED  ☒ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE

| TO: 9/8/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Ronald M. Whyte | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

TIME EXCLUDED FROM 7/31/08 THROUGH 9/8/08.
STD: 10/9/08

CC: J. GARCIA