JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286782)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5059
Facsimile:  (408) 535-5066
Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

RECEIVED
2008 JUL 31  PM 3: 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR-08-00486-RMW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ISIDRO FRANCISCO MORA AYALA,<br><br>   Defendant. | No.   08-70389 PVT<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM JULY 23, 2008 TO SEPTEMBER 9, 2008 FROM THE PRELIMINARY HEARING CLOCK OF FEDERAL RULES OF CRIMINAL PROCEDURE 5.1(c) |

   The parties appeared on July 23, 2008 for identification of counsel. Assistant Federal Public Defender (AFPD) Nicholas Humy, who appeared as the defendant's lead defense attorney, and Alejandro Contreras, who appeared on the defendant's behalf as cumus counsel, advised the Court that they would require additional time to consider discovery. The parties agreed that the time occasioned by this continuance was necessary for effective defense preparation.

   Based upon the foregoing representations made by the parties, and good cause appearing therefor,

   **IT IS HEREBY ORDERED** that the time between July 7 and July 31, 2008, shall be excluded from the computation of the period within which the preliminary hearing in this matter

1 | must commence, for the reasons set forth by the parties in open court. The Court finds that the
2 | ends of justice outweigh the interests of the public and the parties in a speedier trial based upon
3 | the grounds set forth above and finds that the time is appropriately excluded pursuant to Crim.R.
4 | 5.1(d).

5 | **IT IS SO ORDERED.**

6 |

7 | DATED: August 1, 2008

8 | HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

17 | Copies to be distributed to:

18 | Nicholas Humy
     Federal Public Defender's Office
19 | 160 West Santa Clara Street, Suite 575
     San Jose, California 95113

20 |

21 | Alejandro Contreras
     Law Office of Alejandro Crontreras
     P.O. Box 730547
22 | San Jose, CA 95173

23 | Chad Mandell
     U.S. Attorney's Office
24 | 150 Almaden Blvd. Suite 900
     San Jose, CA 59113