1    BARRY J. PORTMAN
     Federal Public Defender
2    NICHOLAS P. HUMY
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant MORA-AYALA            *E-FILED - 10/10/08*

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
     UNITED STATES OF AMERICA,           )     No. CR-08-0486-RMW
11                                        )
                     Plaintiff,           )     **STIPULATION TO CONTINUE**
12                                        )     **STATUS CONFERENCE; []**
     vs.                                  )     **ORDER**
13                                        )
     ISIDRO FRANCISCO MORA-AYALA,         )
14                                        )
                     Defendant.           )
15   _____)

16        Defendant and the government, through their respective counsel, hereby stipulate that,

17   subject to the court's approval, the status conference date in the above-captioned matter,

18   presently scheduled for Tuesday, October 14, 2008, at 9:00 a.m., be continued to Monday,

19   October 20, 2008 at 9:00 a.m.

20        The defense is requesting this time in order to receive and review the Plea Agreement

21   with Mr. Mora-Ayala.

22        The parties further agree and stipulate that time should be excluded from and including

23   October 14, 2008 through and including October 20, 2008, to provide counsel reasonable time to

24   prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)

25   and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

26   ///

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
**No. CR-08-0486-RMW**                      1

1   exclusion of time will serve the interest of justice and outweigh the interest of the public and

2   defendant in a speedy trial.

3

4   Dated: October 9, 2008                                    _____/s/_____
                                                              NICHOLAS P. HUMY
5                                                             Assistant Federal Public Defender

6

7   Dated:  October 9, 2008                                   _____/s/_____
                                                              CHAD MANDELL
8                                                             Assistant United States Attorney

9

10
                                          **ORDER**
11

12         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13   presently set for Tuesday, October 14, 2008 will be continued to Monday, October 20, 2008 at

14   9:00 a.m.

15         IT IS FURTHER ORDERED, that time should be excluded from and including October

16   14, 2008 through and including October 20, 2008, to provide counsel reasonable time to prepare

17   and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and

18   (B)(iv).

19         IT IS SO ORDERED.

20

21   Dated:   10/10/08                          _____
                                                HONORABLE RONALD M. WHYTE
22                                              United States District Judge

23

24

25

26
     **STIPULATION TO CONTINUE STATUS**
     **CONFERENCE; [] ORDER**
     **No. CR-08-0486-RMW**                         2