BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MORA-AYALA

*E-FILED - 1/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ISIDRO FRANCISCO MORA-AYALA,<br><br>  Defendant. | No. CR-08-00486-RMW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING [] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, February 2, 2009, at 9:00 a.m., be continued to Monday, February 9, 2009 at 9:00 a.m.

This continuance is requested due to the unavailability of counsel for Defendant.

Dated: January 29, 2009         _____/s/_____
                                NICHOLAS P. HUMY
                                Assistant Federal Public Defender

Dated: January 29, 2009         _____/s/_____
                                CHAD MANDELL
                                Assistant United States Attorney

**STIPULATION TO CONTINUE
SENTENCING HEARING;
[] ORDER
No. CR-08-00486-RMW**                1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00486-RMW |
| ) Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING HEARING []** |
| vs. ) | **ORDER** |
| ISIDRO FRANCISCO MORA-AYALA, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing date presently set for Monday, February 2, 2009 will be continued to Monday, February 9, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 1/30/09

_____
HONORABLE RONALD M. WHYTE
United States District Judge

**STIPULATION TO CONTINUE SENTENCING HEARING;
[] ORDER
No. CR-08-00486-RMW**              2